# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
MCDERMIT, DAVID MICHAEL             §     Case No. 12-21203
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                  $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Roy Safanda_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

Page: 1

| Case No: | 12-21203 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | MCDERMIT, DAVID MICHAEL | | | Date Filed (f) or Converted (c): | 05/24/12 (f) |
| | | | | 341(a) Meeting Date: | 07/30/12 |
| For Period Ending: | 01/18/13 | | | Claims Bar Date: | 10/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single Family Home Location: 1231 Talma | 70,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (ending - 9556) Location: Chase B | 748.17 | 0.00 | | 0.00 | FA |
| 3. Misc. Furniture Location: 1231 Talma Street Aurora | 750.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Appliances Location: 1231 Talma Street Auror | 213.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Household Furnishings Location: 1231 Talma S | 465.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Electronics Location: 1231 Talma Street Auro | 235.00 | 0.00 | | 0.00 | FA |
| 7. Office: Computer, desk, & chair Location: 1231 Tal | 350.00 | 0.00 | | 0.00 | FA |
| 8. Collectibles: 80's comic books Location: 1231 Talm | 200.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Books & Music Location: 1231 Talma Street Au | 220.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Wearing Apparel Location: 1231 Talma Street | 930.00 | 0.00 | | 0.00 | FA |
| 11. Misc. Men's Jewelry Location: 1231 Talma Street Au | 150.00 | 0.00 | | 0.00 | FA |
| 12. Sports-Hobby: Bicycle Location: 1231 Talma Street | 250.00 | 0.00 | | 0.00 | FA |
| 13. Retirement Account: Stifel IRA Location: Stifel Ni | 420.91 | 0.00 | | 0.00 | FA |
| 14. Retirement Account: Pension Location: Sears Holdin | 4,347.58 | 0.00 | | 0.00 | FA |
| 15. Auto: 2000 Toyota Corolla CE (205,000 miles; Fair | 1,277.00 | 0.00 | | 0.00 | FA |
| 16. INHERITANCE (u) | 0.00 | 25,000.00 | | 25,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.47 | Unknown |
| TOTALS (Excluding Unknown Values) | $80,556.66 | $25,000.00 | | $25,005.47 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/13    Current Projected Date of Final Report (TFR): 01/01/13

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 12-21203 -MB | | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- | --- |
| Case Name: | MCDERMIT, DAVID MICHAEL | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5725 Checking Account |
| Taxpayer ID No: | *******0032 | | | |
| For Period Ending: | 01/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 25,005.47 | | 25,005.47 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 25,005.47 | 0.00 | 25,005.47 |
| Less: Bank Transfers/CD's | 25,005.47 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals   25,005.47   0.00

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-21203 -MB | Trustee Name: | Roy Safanda |
| Case Name: | MCDERMIT, DAVID MICHAEL | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7633 Money Market Account |
| Taxpayer ID No: | *******0032 | | |
| For Period Ending: | 01/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/12 | 16 | Ruth A. McDermit Trust | Inheritance | 1290-000 | 25,000.00 | | 25,000.00 |
| 08/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 1.03 | | 25,001.03 |
| 09/28/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 2.05 | | 25,003.08 |
| 10/26/12 | | Transfer to Acct #*******7641 | Final Posting Transfer | 9999-000 | | 25,003.08 | 0.00 |
| * 10/31/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-003 | 2.12 | | 2.12 |
| * 11/30/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-003 | 0.27 | | 2.39 |
| * 11/30/12 | INT | Reverses Interest on 11/30/12 | INTEREST REC'D FROM BANK | 1270-003 | -0.27 | | 2.12 |
| 11/30/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 2.39 |
| 12/03/12 | | Transfer to Acct #*******7641 | Bank Funds Transfer | 9999-000 | | 2.39 | 0.00 |
| * 12/05/12 | INT | Reverses Interest on 10/31/12 | INTEREST REC'D FROM BANK | 1270-003 | -2.12 | | -2.12 |
| 12/05/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 2.12 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 25,005.47 | 25,005.47 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 25,005.47 | |
| | Subtotal | | 25,005.47 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 25,005.47 | 0.00 | |

Page Subtotals 25,005.47 25,005.47

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 12-21203 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | MCDERMIT, DAVID MICHAEL | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7641 Checking Account |
| Taxpayer ID No: | *******0032 | | |
| For Period Ending: | 01/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/12 | | Transfer from Acct #*******7633 | Transfer In From MMA Account | 9999-000 | 25,003.08 | | 25,003.08 |
| 12/03/12 | | Transfer from Acct #*******7633 | Bank Funds Transfer | 9999-000 | 2.39 | | 25,005.47 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 25,005.47 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 25,005.47 | 25,005.47 | 0.00 |
| Less: Bank Transfers/CD's | | 25,005.47 | 25,005.47 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5725 | 0.00 | 0.00 | 25,005.47 |
| Money Market Account - ********7633 | 25,005.47 | 0.00 | 0.00 |
| Checking Account - ********7641 | 0.00 | 0.00 | 0.00 |
| | 25,005.47 | 0.00 | 25,005.47 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     25,005.47     25,005.47

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 18, 2013 |

Case Number: 12-21203  
Debtor Name: MCDERMIT, DAVID MICHAEL

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000002A 040 5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | (2-1) Update Name | $866.77 | $0.00 | $866.77 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,190.14 | $0.00 | $1,190.14 |
| 000003 070 7100-00 | Nelnet<br>3015 South Parker Road Suite 400<br>Aurora CO 80014 | Unsecured | (3-1) Student Loan Obligation | $12,762.37 | $0.00 | $12,762.37 |
| 000004 070 7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $3,569.39 | $0.00 | $3,569.39 |
| 000005 070 7100-00 | Portfolio Recovery Associates, LLC c/o<br>Us Bank<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $6,705.42 | $0.00 | $6,705.42 |
| 000006 070 7100-00 | RBS Citizens<br>443 Jefferson Blvd<br>RJW 135<br>Warwick RI 02886 | Unsecured | (6-1) Credit Card | $799.07 | $0.00 | $799.07 |
| | Case Totals: | | | $25,893.16 | $0.00 | $25,893.16 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-21203
Case Name: MCDERMIT, DAVID MICHAEL
Trustee Name: Roy Safanda

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

      Total to be paid to priority creditors     $_____

      Remaining Balance     $_____

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | Nelnet 3015 South Parker Road Suite 400 Aurora CO 80014 | $ | $ | $ |
| 000004 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Portfolio Recovery Associates, LLC c/o Us Bank POB 41067 Norfolk VA 23541 | $ | $ | $ |
| 000006 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*