# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCDERMIT, DAVID MICHAEL | § | Case No. 12-21203 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/21/2013 in Courtroom 240,

US Courthouse
100 S. 3rd St.
Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2013_____   By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| MCDERMIT, DAVID MICHAEL | § | Case No. 12-21203 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,005.47 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 25,005.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $        3,250.55 | $        0.00 | $        3,250.55 |
| Trustee Expenses: Roy Safanda | $        63.00 | $        0.00 | $        63.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,313.55 |
| Remaining Balance | $ | 21,691.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 866.77  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $                    866.77 | $                      0.00 | $                    866.77 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 866.77 |
| Remaining Balance | $ | 20,825.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,026.39  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  83.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $                 1,190.14 | $                      0.00 | $                    990.35 |
| 000003 | Nelnet 3015 South Parker Road Suite 400 Aurora CO 80014 | $               12,762.37 | $                      0.00 | $               10,619.92 |
| 000004 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $                 3,569.39 | $                      0.00 | $                 2,970.19 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Portfolio Recovery Associates, LLC c/o Us Bank POB 41067 Norfolk VA 23541 | $ 6,705.42 | $ 0.00 | $ 5,579.77 |
| 000006 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | $ 799.07 | $ 0.00 | $ 664.92 |

Total to be paid to timely general unsecured creditors      $ 20,825.15

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda _____
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 12-21203-CAD
David Michael McDermit                                           Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan        Page 1 of 2        Date Rcvd: Feb 19, 2013
                              Form ID: pdf006        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
```
db         +David Michael McDermit,    1231 Talma St.,    Aurora, IL 60505-5641
18952322   +Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
18952323   +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
18952326    Citibank,   Attention: Customer Service,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
18952328  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,    101 West Jefferson Street,
            MC 6-100,   Springfield, IL 62702)
18952330   +Nationstar Mortgage,    350 Highland Dr.,    Lewisville, TX 75067-4177
19419355   +Portfolio Recovery Associates, LLC c/o Us Bank,    POB 41067,   Norfolk VA 23541-1067
19524694   +RBS Citizens,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
18952332   +RBS Citizens, N.A.,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
18952333  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  U.S. Bank,    P.O. Box 6335,    Fargo, ND 58125-6335)
18952334   +VNA of Fox Valley,    400 N. Highland Ave.,    Aurora, IL 60506-3814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18952327    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:59:39
            Discover Financial Services, LLC,    P.O. Box 15316,   Wilmington, DE 19850
18952329    E-mail/Text: cio.bncmail@irs.gov Feb 20 2013 04:16:03     Department of the Treasury,
            Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
19280915    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:59:39     Discover Bank,
            DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19366840   +E-mail/Text: electronicbkydocs@nelnet.net Feb 20 2013 04:46:16     Nelnet,
            3015 South Parker Road Suite 400,    Aurora CO 80014-2904
18952331   +E-mail/Text: electronicbkydocs@nelnet.net Feb 20 2013 04:46:16     Nelnet Loans,   P.O. Box 2970,
            Omaha, NE 68103-2970
19367299   +E-mail/Text: resurgentbknotifications@resurgent.com Feb 20 2013 04:37:01
            PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
            PO Box 19008,    Greenville, SC 29602-9008
                                                                        TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18952324*   +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
18952325*   +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
19366841*   +Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
                                                                     TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2013                        Signature:   Joseph Speetjens

District/off: 0752-1              User: esullivan              Page 2 of 2              Date Rcvd: Feb 19, 2013
                                 Form ID: pdf006              Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2013 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    Nationstar Mortgage, LLC
               northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
              Lawrence W Lobb    on behalf of Debtor David Michael McDermit lwl@batavialaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com,  rsafanda@ecf.epiqsystems.com
              Roy  Safanda    rsafanda@xnet.com,  rsafanda@ecf.epiqsystems.com
                                                                                   TOTAL: 5