**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCDERMIT, DAVID MICHAEL | § | Case No. 12-21203 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 80,556.66<br>*(Without deducting any secured claims)* | Assets Exempt: 10,556.66 |
| Total Distributions to Claimants: 21,691.92 | Claims Discharged<br>Without Payment: 9,564.24 |
| Total Expenses of Administration: 3,313.55 | |

3) Total gross receipts of $ 25,005.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 25,005.47 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 96,029.71 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,313.55 | 3,313.55 | 3,313.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,525.00 | 1,591.77 | 1,591.77 | 1,591.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,860.50 | 25,026.39 | 25,026.39 | 20,100.15 |
| **TOTAL DISBURSEMENTS** | $ 126,415.21 | $ 29,931.71 | $ 29,931.71 | $ 25,005.47 |

4) This case was originally filed under chapter 7 on 05/24/2012 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2013 By:/s/Roy Safanda

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Post-Petition Interest Deposits | 1270-000 | 5.47 |
| INHERITANCE | 1290-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 25,005.47 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage 350 Highland Dr. Lewisville, TX 75067 | | 96,029.71 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 96,029.71 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | 2100-000 | NA | 3,250.55 | 3,250.55 | 3,250.55 |
| ROY SAFANDA | 2200-000 | NA | 63.00 | 63.00 | 63.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,313.55 | $ 3,313.55 | $ 3,313.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | DEPARTMENT OF THE TREASURY | 5800-000 | 800.00 | 866.77 | 866.77 | 866.77 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 725.00 | 725.00 | 725.00 | 725.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 1,525.00 | $ 1,591.77 | $ 1,591.77 | $ 1,591.77 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | 2,877.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | 793.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | 753.00 | NA | NA | 0.00 |
| | VNA of Fox Valley 400 N. Highland Ave. Aurora, IL 60506 | | 215.00 | NA | NA | 0.00 |
| 000001 | DISCOVER BANK | 7100-000 | 1,222.23 | 1,190.14 | 1,190.14 | 955.87 |
| 000003 | NELNET | 7100-000 | 12,069.27 | 12,762.37 | 12,762.37 | 10,250.20 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 6,601.00 | 6,705.42 | 6,705.42 | 5,385.52 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 3,569.00 | 3,569.39 | 3,569.39 | 2,866.78 |
| 000006 | RBS CITIZENS | 7100-000 | 761.00 | 799.07 | 799.07 | 641.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 28,860.50 | $ 25,026.39 | $ 25,026.39 | $ 20,100.15 |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

Case No: 12-21203 MB Judge: Manuel Barbosa
Case Name: MCDERMIT, DAVID MICHAEL

For Period Ending: 08/17/13

Trustee Name: Roy Safanda
Date Filed (f) or Converted (c): 05/24/12 (f)
341(a) Meeting Date: 07/30/12
Claims Bar Date: 10/31/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Single Family Home Location: 1231 Talma | 70,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (ending - 9556) Location: Chase B | 748.17 | 0.00 | | 0.00 | FA |
| 3. Misc. Furniture Location: 1231 Talma Street Aurora | 750.00 | 0.00 | | 0.00 | FA |
| 4. Misc. Appliances Location: 1231 Talma Street Auror | 213.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Household Furnishings Location: 1231 Talma S | 465.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Electronics Location: 1231 Talma Street Auro | 235.00 | 0.00 | | 0.00 | FA |
| 7. Office: Computer, desk, & chair Location: 1231 Tal | 350.00 | 0.00 | | 0.00 | FA |
| 8. Collectibles: 80's comic books Location: 1231 Talm | 200.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Books & Music Location: 1231 Talma Street Au | 220.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Wearing Apparel Location: 1231 Talma Street | 930.00 | 0.00 | | 0.00 | FA |
| 11. Misc. Men's Jewelry Location: 1231 Talma Street Au | 150.00 | 0.00 | | 0.00 | FA |
| 12. Sports-Hobby: Bicycle Location: 1231 Talma Street | 250.00 | 0.00 | | 0.00 | FA |
| 13. Retirement Account: Stifel IRA Location: Stifel Ni | 420.91 | 0.00 | | 0.00 | FA |
| 14. Retirement Account: Pension Location: Sears Holdin | 4,347.58 | 0.00 | | 0.00 | FA |
| 15. Auto: 2000 Toyota Corolla CE (205,000 miles; Fair | 1,277.00 | 0.00 | | 0.00 | FA |
| 16. INHERITANCE (u) | 0.00 | 25,000.00 | | 25,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.47 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $80,556.66 | $25,000.00 | | $25,005.47 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/13 Current Projected Date of Final Report (TFR): 01/01/13

FORM 2

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-21203 -MB
Case Name: MCDERMIT, DAVID MICHAEL

Taxpayer ID No: *******0032
For Period Ending: 08/17/13

Trustee Name: Roy Safanda
Bank Name: UNION BANK
Account Number / CD #: *******5725 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 25,005.47 | | 25,005.47 |
| 03/30/13 | 010001 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL 60134 | Chapter 7 Compensation/Expense | | | 3,313.55 | 21,691.92 |
| | | | Fees 3,250.55 | 2100-000 | | | |
| | | | Expenses 63.00 | 2200-000 | | | |
| 03/30/13 | 010002 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000002A, Payment 100.00000% | 5800-000 | | 866.77 | 20,825.15 |
| 03/30/13 | 010003 | Illinois Department of Revenue | Claim 007, Payment 100.00000% | 5800-000 | | 725.00 | 20,100.15 |
| 03/30/13 | 010004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 80.31576% | 7100-000 | | 955.87 | 19,144.28 |
| 03/30/13 | 010005 | Nelnet<br>3015 South Parker Road Suite 400<br>Aurora CO 80014 | Claim 000003, Payment 80.31580% | 7100-000 | | 10,250.20 | 8,894.08 |
| 03/30/13 | 010006 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 80.31568% | 7100-000 | | 2,866.78 | 6,027.30 |
| 03/30/13 | 010007 | Portfolio Recovery Associates, LLC c/o Us Bank<br>POB 41067<br>Norfolk VA 23541 | Claim 000005, Payment 80.31592% | 7100-000 | | 5,385.52 | 641.78 |
| 03/30/13 | 010008 | RBS Citizens<br>443 Jefferson Blvd<br>RJW 135 | Claim 000006, Payment 80.31587% | 7100-000 | | 641.78 | 0.00 |

Page Subtotals 25,005.47 25,005.47

Ver: 17.02d

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-21203 -MB
Case Name: MCDERMIT, DAVID MICHAEL

Taxpayer ID No: *******0032
For Period Ending: 08/17/13

Trustee Name: Roy Safanda
Bank Name: UNION BANK
Account Number / CD #: *******5725 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Warwick RI 02886 | | | | | |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 25,005.47 | 25,005.47 | 0.00 |
| Less: Bank Transfers/CD's | 25,005.47 | 0.00 | |
| Subtotal | 0.00 | 25,005.47 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 25,005.47 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.02d

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-21203 -MB
Case Name: MCDERMIT, DAVID MICHAEL

Taxpayer ID No: *******0032
For Period Ending: 08/17/13

Trustee Name: Roy Safanda
Bank Name: Capital One
Account Number / CD #: *******7633 Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/12 | 16 | Ruth A. McDermit Trust | Inheritance | 1290-000 | 25,000.00 | | 25,000.00 |
| 08/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 1.03 | | 25,001.03 |
| 09/28/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 2.05 | | 25,003.08 |
| 10/26/12 | | Transfer to Acct #*******7641 | Final Posting Transfer | 9999-000 | | 25,003.08 | 0.00 |
| * 10/31/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-003 | 2.12 | | 2.12 |
| * 11/30/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-003 | 0.27 | | 2.39 |
| * 11/30/12 | INT | Reverses Interest on 11/30/12 | INTEREST REC'D FROM BANK | 1270-003 | -0.27 | | 2.12 |
| 11/30/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 2.39 |
| 12/03/12 | | Transfer to Acct #*******7641 | Bank Funds Transfer | 9999-000 | | 2.39 | 0.00 |
| * 12/05/12 | INT | Reverses Interest on 10/31/12 | INTEREST REC'D FROM BANK | 1270-003 | -2.12 | | -2.12 |
| 12/05/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 2.12 | | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 25,005.47 | 25,005.47 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 25,005.47 | |
| Subtotal | 25,005.47 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 25,005.47 | 0.00 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 25,005.47 | 25,005.47 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-21203 -MB
Case Name: MCDERMIT, DAVID MICHAEL

Taxpayer ID No: *******0032
For Period Ending: 08/17/13

Trustee Name: Roy Safanda
Bank Name: Capital One
Account Number / CD #: *******7641 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/12 | | Transfer from Acct #*******7633 | Transfer In From MMA Account | 9999-000 | 25,003.08 | | 25,003.08 |
| 12/03/12 | | Transfer from Acct #*******7633 | Bank Funds Transfer | 9999-000 | 2.39 | | 25,005.47 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 25,005.47 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 25,005.47 | 25,005.47 | 0.00 |
| Less: Bank Transfers/CD's | 25,005.47 | 25,005.47 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5725 | 0.00 | 25,005.47 | 0.00 |
| Money Market Account - ********7633 | 25,005.47 | 0.00 | 0.00 |
| Checking Account - ********7641 | 0.00 | 0.00 | 0.00 |
| | 25,005.47 | 25,005.47 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 25,005.47 25,005.47